```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――― x
CLYDE M. OSBORN, Individually and on       :    Civil Action No. 1:09-cv-03789-DAB
Behalf of All Others Similarly Situated,   :
                                           :    CLASS ACTION
                       Plaintiff,          :      *DAB  1/22/10*
                                           :    [PROPOSED] ORDER APPOINTING
       vs.                                 :    BUILDING TRADES UNITED PENSION
                                           :    TRUST FUND AS LEAD PLAINTIFF AND
COACH, INC., et al.,                       :    APPROVING LEAD PLAINTIFF'S
                                           :    SELECTION OF LEAD COUNSEL
                       Defendants.         :
                                           :
―――――――――――――――――――― x

Having considered Building Trades United Pension Trust Fund's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints the Building Trades United Pension Trust Fund as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the law firm of Coughlin Stoia Geller Rudman & Robbins LLP is approved as Lead Counsel for the class.

IT IS SO ORDERED.

DATED: January 22, 2010         _____
                                THE HONORABLE DEBORAH A. BATTS
                                UNITED STATES DISTRICT JUDGE

S:\CasesSD\Coach Secs\Lead Plantiff\ORD00059992.doc