```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____    │
│ DATE FILED: 4/19/10         │
└─────────────────────────────┘
```
COURTESY COPY OF ECF DOCUMENT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- x
CLYDE M. OSBORN, Individually and on        :  Civil Action No. 1:09-cv-03789-DAB
Behalf of All Others Similarly Situated,    :
                                            :  <u>CLASS ACTION</u>
                        Plaintiff,          :
                                            :  JOINT STIPULATION AND ORDER OF
    vs.                                     :  VOLUNTARY DISMISSAL
                                            :
COACH, INC., et al.,                        :
                                            :
                        Defendants.         :
                                            :
---------------------------------------------- x

      Lead Plaintiff Building Trades United Pension Trust Fund ("Lead Plaintiff") and Plaintiff Clyde M. Osborn ("Osborn") (together with Lead Plaintiff, "Plaintiffs"), and Defendants Coach, Inc., Lew Frankfort, Reed Krakoff, Keith Monda, Michael D. Tucci, Michael F. Devine, III, Michael Murphy and Carol Sadler (collectively, "Defendants"), through their respective counsel of record, agree and stipulate as follows:

      WHEREAS, this action for alleged violations of the Securities Exchange Act of 1934 was first commenced by Osborn on April 14, 2009;

      WHEREAS, the action was filed as a class action but has not yet been certified as such;

      WHEREAS, pursuant to the Court's January 22, 2010 Order, the Court appointed Lead Plaintiff as Lead Plaintiff and the undersigned Plaintiffs' counsel as Lead Counsel;

      WHEREAS, Plaintiffs and their counsel have conferred and agree to voluntarily dismiss this action without prejudice;

      WHEREAS, Defendants stipulate to this dismissal; and

      WHEREAS, because a class has not yet been certified, no prejudice to absent putative class members will result from dismissal of this action.

THEREFORE, the parties, through their respective undersigned counsel, hereby stipulate and agree as follows:

1. The parties to this action submit this Joint Stipulation and Order of Voluntary Dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure to request the Court to dismiss this action.

2. The action will be dismissed without prejudice as to Plaintiffs and Plaintiffs agree not to file a further amended pleading or to seek further review or appeal in connection with the action.

3. Plaintiffs and Defendants will bear their own costs and attorneys' fees. Each party also agrees to waive any potential claims against all other parties or their counsel for malicious prosecution, abuse of process, or violation of Federal Rule of Civil Procedure 11, in connection with the institution, prosecution, assertion or resolution of this action.

4. This Joint Stipulation and Order of Voluntary Dismissal shall not constitute or imply any admission or concession by any party regarding the basis for the allegations in the initial complaint or the merits of any claim or defense raised in this action.

IT IS SO STIPULATED.

DATED: March 29, 2010

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
FAINNA KAGAN

_____
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

*Lead Counsel for Plaintiffs*

- 2 -

DATED: March 29, 2010

FRIED FRANK HARRIS SHRIVER &
JACOBSON LLP
WILLIAM G. MCGUINNESS
DAVID B. HENNES

_____
DAVID B. HENNES

One New York Plaza
New York, NY 10004
Telephone: 212/859-8000
212/859-4000 (fax)

*Attorneys for Defendants*


SO ORDERED

*Deborah A. Batts*
DEBORAH A. BATTS   4/16/10
UNITED STATES DISTRICT JUDGE